924 F.2d 1052
Unpublished Disposition
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Aaron HOLSEY, Plaintiff-Appellant,
v.
William Donald SCHAEFER, Individually and as Governor of the
State of Maryland, Elmanus Herndon, Individually and as
Commissioner of Corrections, Kenneth Taylor, Individually
and as Warden of the House of Correction, William L. Smith,
Individually and as Assistant Warden of Maryland House of
Correction, Singletary, Individually and as 4-12 Shift Major
at the House of Correction, Charlene Ratcliff, Individually
and as Administrative Remedy Coordinator, Liz Nick, Rudeine
Dimissie, Individually and as Dietary Department
Administrator at the House of Correction, B.A. Skinner,
Individually and as Classification Counselor at the House of
Correction, Cross, Individually and as a Former Prison Guard
at House of Correction, Lawson, Individually and as a Prison
Guard at the House of Correction, Meyers, Individually and
as a Sergeant on the 4-12 Shift at the House of Correction
in Jessup Maryland, Smith, Individually and as a Prison
Guard at the House of Correction on the 8-4 Shift (A.CO.II),
Hollis S. Thompson, Individually and as Chief of Security at
House of Correction, Defendants-Appellees.
 No. 90-6880.
 United States Court of Appeals, Fourth Circuit.
 Submitted Dec. 10, 1990.
Decided Feb. 4, 1991.
 
 Appeal from the United States District Court for the District of Maryland, at Baltimore. Frank A. Kaufman, Senior District Judge. (CA-90-2010-K)
 Aaron Holsey, appellant pro se.
 Audrey J.S. Carrion, Office of the Attorney General of Maryland, Baltimore, Md., for appellees.
 D.Md.
 AFFIRMED.
 Before SPROUSE and WILKINS, Circuit Judges, and BUTZNER, Senior Circuit Judge.
 PER CURIAM:
 
 
 1
 Aaron Holsey appeals the district court's decision denying Holsey's request for a preliminary injunction in this 42 U.S.C. Sec. 1983 action. After reviewing the record and applying the standard of Blackwelder Furniture Co. v. Seilig Mfg. Co., 550 F.2d 189 (4th Cir.1977), we conclude that there was no abuse of discretion in denying injunctive relief.
 
 
 2
 Accordingly, as our review of the record and other materials before us reveals that it would not significantly aid the decisional process, we dispense with oral argument. The decision of the district court is affirmed.
 
 
 3
 AFFIRMED.